United States District Court
Southern District of Texas

**ENTERED**

September 18, 2019

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-505 |
| | § | |
| JIEH LEI, | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT AND NOTICE OF DAMAGES HEARING

Pending is Plaintiff Malibu Media, LLC's Request for Entry of Clerk's Certificate of Default Pursuant to FED. R. CIV. P. 55(a) (Document No. 21) against Defendant Jieh Lei. After consideration of the motion and submissions of Plaintiff, the Court finds that Defendant Jieh Lei, although duly and lawfully served with summons and a copy of the Amended Complaint, failed to appear or answer, and wholly made default. It is therefore

ORDERED and ADJUDGED that this default judgment against Defendant Jieh Lei shall be entered by the Clerk of the Court and such Defendant is found liable to Plaintiff on Plaintiff's claims in its Amended Complaint; and it is further

ORDERED that the Initial Pretrial Scheduling Conference set for September 20, 2019 is CANCELLED[1]; and it is further

---

[1] Plaintiff's Second Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan (Document No. 22) is MOOT, with the granting of default judgment against Defendant Jieh Lei.

ORDERED that a damages hearing in this cause is set as follows:

Date: _____October 4, 2019_____
Time: _____3:00 p.m._____

Courtroom 11D
U.S. Courthouse & Federal Building
515 Rusk Avenue
Houston, Texas 77002

The Clerk will enter this Order, providing a correct copy to all counsel of record, and to Defendant Jieh Lei, 18130 Billabong Crescent Court, Cypress, Texas 77429-5265.

SIGNED in Houston, Texas, on this 18th day of September, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2