UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRIC OF TEXAS

HOUSTON

United States Courts
Southern District of Texas
FILED

SEP 20 2019

David J. Bradley, Clerk of Court

MALIBY MEDIA, LLC.  )

    Plaintiff,  )

v.  )  Civil Action Case No. 4:19-cv-00505

JIEH LEI  )

    Defendant  )

REQUEST FOR APPEAL

JIEH LEI, the defendant, request appeal for the case 4:19-cv-00505. Reason as following:

  i. Defendant was never got a chance facing judge to defend himself. The Initial Pretrail was set to August 23, 2019, but in the morning of Aug 23, defendant was told the Pretrail rescheduled to September 20, 2019. Judge Ewing Werlein, Jr Hearing Schedule also shown case 4:19-cv-00505 was schedule on September 20, 2019 at 2PM. Before the scheduled Pretrail defendant was told that Pretrail was cancelled and case default. As a result, defendant JIEH LEI, was never got an chance to present his evidence to defendant himself.

  ii. Distribution of mentioned digital material was never happened as Plaintiff claimed. All digital data sharing over the Internet is controls by the software (such as uTorrent), the operating system (such as Window 7), and router. By careful setting these parameters, no distribution can happen. JIEH LEI has evidence showing that his system is ser to block any distribution of mentioned digital materials.

  iii. All downloaded digital material was destroyed as requested by Plaintiff. JIEH LEI doesn't possess any of the digital material claimed by Plaintiff.

Regards,

_(signature)_

JIEH LEI

9-20-2019

09/20/2019

Email: Jieh.lei@gmail.com      Te: 832-955-4362

18130 Billabong Crescent Ct, Cypress, TX 77429

uTorrent (1918x498x16M jpeg)

Windows Firewall with Advanced Security on Local Computer

- Inbound Rules
- Outbound Rules
- Connection Security Rules
- Monitoring

Outbound Rules

| Name | Group | Profile | Enabled | Action | Program | Local Address | Remote Address | Protocol | Local Port |
|---|---|---|---|---|---|---|---|---|---|
| uTorrent | | All | Yes | Block | %APPDA... | Any | Any | Any | Any |
| BranchCache Content Retrieval (HTTP-Out) | BranchCache - Content Retr... | All | No | Allow | SYSTEM | Any | Any | TCP | Any |
| BranchCache Hosted Cache Client (HTTP-Out) | BranchCache - Hosted Cach... | All | No | Allow | SYSTEM | Any | Any | TCP | Any |
| BranchCache Hosted Cache Server(HTTP-Out) | BranchCache - Hosted Cach... | All | No | Allow | SYSTEM | Any | Any | TCP | 443 |
| BranchCache Peer Discovery (WSD-Out) | BranchCache - Peer Discove... | All | No | Allow | %System... | Any | Local subnet | UDP | Any |
| Connect to a Network Projector (TCP-Out) | Connect to a Network Proje... | Domain | No | Allow | %System... | Any | Any | TCP | Any |
| Connect to a Network Projector (TCP-Out) | Connect to a Network Proje... | Private... | No | Allow | %System... | Any | Local subnet | TCP | Any |
| Connect to a Network Projector (WSD Events-Out) | Connect to a Network Proje... | Private... | No | Allow | System | Any | Local subnet | TCP | Any |
| Connect to a Network Projector (WSD Events-Out) | Connect to a Network Proje... | Domain | No | Allow | System | Any | Any | TCP | Any |
| Connect to a Network Projector (WSD EventsSecure-Out) | Connect to a Network Proje... | Private... | No | Allow | System | Any | Local subnet | TCP | Any |
| Connect to a Network Projector (WSD EventsSecure-Out) | Connect to a Network Proje... | Domain | No | Allow | System | Any | Any | TCP | Any |
| Connect to a Network Projector (WSD-Out) | Connect to a Network Proje... | All | No | Allow | %System... | Any | Local subnet | UDP | Any |
| Core Networking - DNS (UDP-Out) | Core Networking | All | Yes | Allow | %System... | Any | Any | UDP | Any |
| Core Networking - Dynamic Host Configuration Protocol (DHCP-Out) | Core Networking | All | Yes | Allow | %System... | Any | Any | UDP | 68 |
| Core Networking - Dynamic Host Configuration Protocol for IPv6(DH... | Core Networking | All | Yes | Allow | %System... | Any | Any | UDP | 546 |
| Core Networking - Group Policy (LSASS-Out) | Core Networking | Domain | Yes | Allow | %System... | Any | Any | TCP | Any |
| Core Networking - Group Policy (NP-Out) | Core Networking | Domain | Yes | Allow | System | Any | Any | TCP | Any |
| Core Networking - Group Policy (TCP-Out) | Core Networking | Domain | Yes | Allow | %System... | Any | Any | TCP | Any |
| Core Networking - Internet Group Management Protocol (IGMP-Out) | Core Networking | All | Yes | Allow | System | Any | Any | IGMP | Any |
| Core Networking - IPHTTPS (TCP-Out) | Core Networking | All | Yes | Allow | %System... | Any | Any | TCP | Any |

Actions

- New Rule...
- Filter by Profile
- Filter by State
- Filter by Group
- View
- Refresh
- Export List...
- Help

| | |
|---|---|
| Transfer To.. ▶ | |
| Open | |
| Open Containing Folder | |
| Copy Magnet URI | |
| Open URL in Browser | |
| Force Start | |
| Start | |
| Pause | |
| Stop | |
| Move Up Queue | |
| Move Down Queue | |
| Labels ▶ | |
| **Bandwidth Allocation ▶** | High |
| | ● Normal |
| Remove | Low |
| Remove And ▶ | |
| | Set Download Limit ▶ |
| Force Re-Check | Set Upload Limit ▶ |
| Advanced ▶ | |
| Update Tracker | |
| Properties | |

Set Upload Limit:
- Unlimited
- ● 1 kB/s
- 2 kB/s
- 3 kB/s
- 5 kB/s
- 10 kB/s
- 20 kB/s
- 30 kB/s
- 50 kB/s
- 100 kB/s
- 150 kB/s
- 200 kB/s

Remaining:
Uploaded:
Upload Speed:
Up Limit:

