UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                             www.txs.uscourts.gov

October 15, 2019

In re: Malibu Media, LLC v. DOE
District Court No.: 4:19−cv−00505
Circuit Court No.: 19−20667

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

David J. Bradley, Clerk

By: Maricela Perez, Deputy Clerk