# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:19-CV-505

No. 19-20667

United States Courts
Southern District of Texas
FILED
*November 29, 2019*

David J. Bradley, Clerk of Court

MALIBU MEDIA, L.L.C.,

    Plaintiff - Appellee

v.

JIEH LEI,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas

---

CLERK'S OFFICE:

    Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of November 29, 2019, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Dawn Shulin*
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Nov 29, 2019**

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 29, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 19-20667    Malibu Media, L.L.C. v. John Doe  
                            USDC No. 4:19-CV-505

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Dawn M. Shulin, Deputy Clerk  
                            504-310-7658

cc w/encl:  
    Mr. Paul Stephen Beik  
    Mr. Jieh Lei